UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

David M. Armstrong,

Plaintiff,

Court File No.: 00-1152 RHK/JMM

vs.

**ORDER**

Officer Michael Kaneko,
Officer David Garman,
Officer David Mentor,
the City of Minneapolis, and
the Minneapolis Police Department,

Defendants.

---

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the dates set forth in the previously-issued pretrial scheduling order shall be amended to including the following:

1. That any and all Rule 35 independent medical examinations shall be completed before April 30, 2001; and

2. That both parties shall disclose the identity and opinions of any experts by April 30, 2001.

Dated this 6 day of March, 2001.

John M. Mason
United States Magistrate Judge

MAR - 6 2001