**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David M. Armstrong,**

**Plaintiff,**

**Court File No.: 00-1152 (RHK/JMM)**

**vs.**

**Officer Michael Kaneko, Officer David Garman, Officer David Mentor, the City of Minneapolis, and the Minneapolis Police Department,**

**Defendants.**

**ORDER OF DISMISSAL WITH PREJUDICE**

---

ORDER

Pursuant to the stipulation of the parties, the Court hereby dismisses, with prejudice and on their merits, but without cost to either party, all claims against Officer Michael Kaneko, David Garman and David Mentor.

Dated: 8/22/01

BY THE COURT

Richard H. Kyle
Judge of District Court

FILED AUG 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David M. Armstrong,**

**Plaintiff,**

**Court File No.: 00-1152 (RHK/JMM)**

**vs.**

**Officer Michael Kaneko,**
**Officer David Garman**
**Officer David Mentor, the**
**City of Minneapolis, and**
**the Minneapolis Police**
**Department,**

**Defendants.**

**STIPULATION OF DISMISSAL**
**OF MICHAEL KANEKO,**
**DAVID GARMAN, AND**
**DAVID MENTOR**

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendants Michael Kaneko, David Garman and David Mentor, individually and in their capacities as a Minneapolis Police Officers may be and are hereby dismissed on their merits with prejudice, but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendants.

Dated:

RHechter 8-16-01

RICHARD W HECHTER
Attorney Reg. No.
402 Park National Bank Building
5353 Wayzata Boulevard
St. Louis Park, MN 55416

Dated: 8/17/01

James A. Moore

JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883X
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK