**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David M. Armstrong,**

**Plaintiff,**

**Court File No.: 00-1152 (RHK/JMM)**

**vs.**

**The City of Minneapolis, and the Minneapolis Police Department,**

**Defendants.**

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The above matter having come on before Court on the foregoing Stipulation of Dismissal.

IT IS HEREBY ORDERED that pursuant to Minn. Stat. § 466.08, the settlement of the parties is hereby approved and judgment of dismissal in all things, with prejudice and without costs may be entered as a matter of record.

BY THE COURT

Dated: 8/22/01

Richard H. Kyle
Judge of District Court

FILED AUG 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 22 2001
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David M. Armstrong,**

**Plaintiff,**

**Court File No.: 00-1152 (RHK/JMM)**

**vs.**

**The City of Minneapolis, and the Minneapolis Police Department,**

**Defendants.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled matter having been fully compromised and settled, the parties by and through their undersigned attorneys hereby stipulate and agree that the above matter shall be and is dismissed with prejudice, but without cost to either party.

Dated: 8-16-01

RICHARD W HECHTER
Attorney Reg. No.
402 Park National Bank Building
5353 Wayzata Boulevard
St. Louis Park, MN 55416

Dated:

JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883X
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500