# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David M. Armstrong

Plaintiff

v.

The City of Minneapolis and
the Minneapolis Police Department

Defendants

Case No. Civil 00-1152 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the settlement of the parties is hereby approved and judgment of dismissal in all things, with prejudice and without costs may be entered as a matter of record.

DATE:

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk